## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Maurice Hunter,** | : | |
| **Plaintiff** | : | 3:20-cv-01621 (VAB) |
| v. | : | |
| **City of Hartford,** | : | |
| **Defendant** | : | May 18, 2022 |

## PLAINTIFF'S MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 41(a)(2), the plaintiff Maurice Hunter now respectfully requests that the Court enter an order dismissing this action, with prejudice and without an award of fees or costs to any party.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

_/ s / Peter Goselin_
Peter Goselin ct06074
The Law Office of Peter Goselin
P.O. Box 331313
Hartford, Connecticut 06133
Tel. 860-580-9675
Fax 860-471-8133
pdgoselin@gmail.com

## CERTIFICATION

    I hereby certify that on May 18, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

    _/ s /   Peter Goselin_